# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **VINCENT PROCTOR** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 3:25-cv-06787-LJC |
| ) | |
| **BLOCK, INC., And SUTTON BANK** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Hovhannes Manukyan, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BLOCK, INC. in Los Angeles County, CA on October 31, 2025 at 9:29 am at 330 N Brand Blvd, Ste 700, Glendale, CA 91203-2336 by leaving the following documents with John M( refused last name) who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for BLOCK, INC..

COMPLAINT
SUMMONS IN A CIVIL ACTION
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
Standing Order for All Judges of the Northern District of California
Standing Order for Discovery in Civil Cases Before Judge Donato
Standing Order for Civil Cases Before Judge James Donato

Additional Description:
Served to RA

White Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Los Angeles County, CA on 11/4/2025.

/s/ *Hovhannes Manukyan*

Hovhannes Manukyan - +1 (747) 767-1919
Registration No.: 2024209921
Registration County: Los Angeles County



Exhibit 1a)
10/31/2025 9:29 am PDT
330 N Brand Blvd, Ste 700, Glendale, CA 91203-2336
0.0000000, 0.0000000