


Nicholas Barthel, Esq.
  nick@barthelbarthel.com
**BARTHEL LEGAL, APC**
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008
Telephone: (760) 259-0033

Jason Verhagen, Esq. *(Pro Hac Vice)*
  jverhagen@consumerprotection.net
**SCHLANGER LAW GROUP, LLP**
150 Allens Creek Road, Suite 240
Rochester, NY 14618
Telephone: (212) 500-6114

Attorneys for Plaintiff Vincent Proctor

Chelsea A. Bernard
  chelsea.bernard@thompsonhine.com
**THOMPSON HINE LLP**
2049 Century Park East, Suite 3500
Los Angeles, CA 90067-3217
Telephone: (310) 998-9100
Facsimile: (310) 998-9109

Attorneys for Defendants Block, Inc. and Sutton Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PROCTOR, | Case No. 3:25-cv-06787-JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| BLOCK, INC. and SUTTON BANK, | Hon. James Donato |
| Defendants. | |

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Vincent Proctor and Defendants Block, Inc. and Sutton Bank as follows:

Plaintiff shall submit the claims Plaintiff asserted in this action to be resolved by arbitration, which shall be administered by National Arbitration and Mediation ("NAM") according to the NAM Comprehensive Rules and Procedures, and this action shall be stayed until such arbitration has been completed. This Stipulation may be executed in counterparts and by facsimile or pdf.

Dated: November 19, 2025                    THOMPSON HINE LLP


                                            By: */s/ Chelsea A. Bernard*
                                                Chelsea A. Bernard

                                            *Attorneys for Defendant Block, Inc. and Sutton Bank*


Dated: November 19, 2025                    BARTHEL LEGAL, APC


                                            By: */s/ Nicholas Barthel*
                                                Nicholas Barthel

                                            Jason Verhagen *(Pro Hac Vice)*
                                            Schlanger Law Group, LLP

                                            *Attorneys for Plaintiff Vincent Proctor*


### **ATTESTATION OF CONCURRENCE**

I, Chelsea A. Bernard, as the ECF user and filer of this document, attest that, pursuant to General Order 45, Section X.(B), concurrence in the filing of this document has been obtained from Nick Barthel the above signatory.

Dated: November 19, 2025                    By: */s/ Chelsea A. Bernard*
                                                Chelsea A. Bernard

## [PROPOSED] ORDER

The Court, having considered the parties' Stipulation, and good cause appearing, ORDERS as follows:

Plaintiff is hereby ordered to submit his claims to binding arbitration, to be administered by National Arbitration and Mediation ("NAM") according to the NAM Comprehensive Rules and Procedures. The above-entitled action is stayed pending the completion of arbitration or dismissal of the action by the parties.

IT IS SO ORDERED.

Dated: _____     _____
                                    Hon. James Donato
                                    United States District Judge